Inmate name **Ms Daisy Meadows aka Roy Trost**
IDOC No. **124194**
Address **16 B5/A ISCI**
**P.O. Box 14, Boise, ID 83707**

Defendant

IN THE DISTRICT COURT OF THE **4th** JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF **ADA**

| | |
|---|---|
| **Ms. Daisy Meadows aka Roy Trost** ) | Case No. **1:18-cv-265-DCN** |
| Plaintiff, ) | |
| ) | MOTION AND AFFIDAVIT IN |
| vs. **Henry Atencio, Rona Siegert,** ) | SUPPORT FOR |
| **Heward Yordy, Walter Campbell, Marvin Alvise,** ) | APPOINTMENT OF |
| **Sumner Eldridge, Valley, Aielo Mark et al,** ) | COUNSEL |
| ) | |
| Defendant. ) | |

COMES NOW, **Ms Daisy Meadows**, Plaintiff/Defendant, in the above entitled matter and moves this Honorable Court to grant Plantiff/Defendant's Motion for Appointment of Counsel for the reasons more fully set forth herein and in the Affidavit in Support of Motion for Appointment of Counsel.

1. Plantiff/Defendant is currently incarcerated within the Idaho Department of Corrections under the direct care, custody and control of Warden **Keith Yordy**, Warden of the **Idaho State Correctional Institute**.

2. The issues to be presented in this case may become to complex for the Plantiff/Defendant to properly pursue. Plantiff/Defendant lacks the knowledge and skill needed to represent him/herself.

MOTION AND AFFIDAVIT IN SUPPORT FOR APPOINTMENT OF COUNSEL - 1
Revised: 3/24/16

P54

3. (Plantiff)/Defendant required assistance completing these pleadings, as he/(she) was unable to do it him/(herself)

4. Other: _Plaintiff is under distress hostile enviornment._

DATED this ____ day of _____, 20____.

_____
(Plantiff)/Defendant
(Circle one)

## AFFIDAVIT IN SUPPORT FOR APPOINTMENT OF COUNSEL

STATE OF IDAHO     )
                   ) ss
County of __ADA__  )

_Ms. Daisy Meadows_, after first being duly sworn upon his/(her) oath, deposes and says as follows:

1. I am the Affiant in the above-entitled case;

2. I am currently residing at the _ISCI_, under the care, custody and control of Warden _Keith Yordy_;

3. I am indigent and do not have any funds to hire private counsel;

4. I am without bank accounts, stocks, bonds, real estate or any other form of real property;

5. I am unable to provide any other form of security;

6. I am untrained in the law;

7. If I am forced to proceed without counsel being appointed I will be unfairly handicapped in competing with trained and competent counsel of the State;

MOTION AND AFFIDAVIT IN SUPPORT FOR APPOINTMENT OF COUNSEL - 2
Revised: 3/24/16

Further your affiant sayeth naught.

WHEREFORE, ~~Plantiff~~/Defendant respectfully prays that this Honorable Court issue its Order granting Defendant's Motion for Appointment of Counsel to represent his/~~her~~ interest, or in the alternative grant any such relief to which it may appear the ~~Plantiff~~/Defendant is entitled to.

DATED this _____ day of _____, 20___.

_____
Plantiff/Defendant

## CERTIFICATION UNDER PENALTY OF PERJURY

I certify under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Date:_____

Ms. Daisy Meadows
Typed/Printed

_____
Signature

MOTION AND AFFIDAVIT IN SUPPORT FOR APPOINTMENT OF COUNSEL - 3
Revised: 3/24/16

p.56

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the _____ day of _____, 20___, I mailed a copy of this MOTION AND AFFIDAVIT IN SUPPORT FOR APPOINTMENT OF COUNSEL for the purposes of filing with the court and of mailing a true and correct copy via prison mail system for processing to the U.S. mail system to:

_____ County Prosecuting Attorney

_____

_____

_____
Plantiff/Defendant
(Circle one)

MOTION AND AFFIDAVIT IN SUPPORT FOR APPOINTMENT OF COUNSEL - 4
Revised: 3/24/16

f.57