UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAISY MEADOWS, a/k/a ROY TROST,<br><br>        Plaintiff,<br><br>    v.<br><br>HENRY ATENCIO; RONA SIEGERT; HOWARD YORDY; WALTER CAMPBELL; MARTIN ALVISO; SUMMER ELDRIDGE; DEFENDANT VALLEY; MARC AIELLO; ADMINISTRATIVE REVIEW COMMITTEE; MANAGEMENT TREATMENT COMMITTEE; DEFENDANT BLAIR; DEFENDANT SANDERS; SHERIFF WATSON; DEFENDANT TAYLOR; DEFENDANT HAUGHN; JENNIFER TYVAND; DEFENDANT MARTIN; and JEREMY CLARK,<br><br>        Defendants. | Case No. 1:18-cv-00265-DCN<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION** |

      Plaintiff, a prisoner in the custody of the Idaho Department of Correction, has filed an Application to Proceed in Forma Pauperis. The documentation submitted in support of the Application, however, shows that Plaintiff has received over $1,000 in Plaintiff's prison trust account from outside sources within a six-month period. Much of this money has been spent at the commissary.

      Because most, if not all, of Plaintiff's basic needs are paid for by the State during incarceration, it appears that Plaintiff has had access to sufficient funds to afford the

filing fee in this action. The Court notes that, even if a prisoner does not *currently* have the entire amount of the filing fee in the prisoner's trust account, such a status is not a sufficient reason to grant an in forma pauperis application. *See Rodriguez v. Cook*, 169 F.3d 1176, 1180 (9th Cir. 1999) (stating that the Prison Litigation Reform Act's in forma pauperis provision requires "prisoners to be fiscally responsible and make decisions concerning the merits of their case ... *before* filing" a cause of action) (emphasis added).

For the foregoing reasons, Plaintiff's Application is denied. Plaintiff must pay the $400.00 filing fee within 28 days if Plaintiff intends to proceed with this case.

## ORDER

**IT IS ORDERED:**

1. Plaintiff's Application to Proceed in Forma Pauperis (Dkt. 1) is DENIED.
2. If Plaintiff does not pay the $400.00 filing fee within 28 days, this case may be dismissed without prejudice without further notice. Alternatively, Plaintiff may file a Notice of Voluntary Dismissal if Plaintiff no longer intends to pursue this case, in which case no filing fee will be due.

DATED: June 19, 2018

David C. Nye
U.S. District Court Judge